UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAY W. NANCE,<br><br>    Defendant. | Case No. 2:96-cr-00271-PMP-GWF<br><br>**ORDER** |

**ORDER TO VACATE JUDGMENT
DEBTOR EXAMINATION**

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' Motion to Vacate Supplementary Proceedings (Judgment Debtor Examination) scheduled for the 17th day of October at 1:30 p.m. be granted.

DATED this 11th day of September 2014.

_George Foley Jr._
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

_/s/ Brian Pugh_
BRIAN PUGH
Assistant United States Attorney